AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| FREDDY CASTILLO,<br>on behalf of himself, and others similarly situated, | ) )<br>) )<br>) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  **18 CV 9735** |
| PARK PIZZA, INC., dba PIZZA PARK, and ARTURO<br>IENTILE and SALVADOR IENTILE, individually, | ) )<br>) )<br>) )<br>) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PARK PIZZA, INC., dBA PIZZA PARK, 1233 First Avenue, New York, NY 10065

ARTURO IENTILE, 1233 First Avenue, New York, NY 10065

SALVADOR IENTILE, 1233 First Avenue, New York, NY 10065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Cilenti & Cooper, PLLC
> 708 Third Avenue - 6th Floor
> New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/24/2018                                   /S/ P. NEPTUNE

*Signature of Clerk or Deputy Clerk*

