CATAFAGO FINI LLP
Attorneys at Law

The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118

tel: 212-239-9669   fax: 212-239-9688
www.catafagofini.com

VIA ECF   April 22, 2019

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Freddy Castillo v. Park Piza, Inc.*
      Case No. 18-CV-9735 (BM)

Dear Judge Moses:

    We represent Defendants in this action, and respectfully attach the fully executed settlement agreement and Fed. R. Civ. P. 41 Stipulation for the Court's consideration and approval. We apologize in the brief delay in transmitting our clients' signatures to the Court, and respectfully submit that this submission renders moot plaintiff's surprising letter application of April 18, 2018 to Your Honor (incorrectly described as a "joint" letter) asking that defendants be "ordered" to sign the agreement.

    Respectfully yours,

    *Jacques Catafago*
    Jacques Catafago